Merrimack, }
Dec. 7, 1909. }

### CRAIG v. WILKINS.

CASE, for personal injuries. Trial by jury and verdict for the plaintiff. The defendant's motion that a verdict be directed in his favor, on the ground that it conclusively appeared that the plaintiff assumed the risk of his injury, was denied subject to exception. Transferred from the April term, 1909, of the superior court by *Stone*, J.

*Martin & Howe*, for the plaintiff.

*Streeter & Hollis*, for the defendant.

YOUNG, J. Notwithstanding it could be found that the plaintiff ought to have known of the slippery condition of the floor on which he fell, it cannot be said that the evidence is so conclusive that all fair-minded men must come to that conclusion. Therefore the question whether the plaintiff ought to have known of this condition of the floor and appreciated the risk incident thereto was properly submitted to the jury.

*Exception overruled.*

All concurred.